

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

2009 JUN 17 P 3: 56

SHANNON KOHLER

VERSUS

PAT ENGLADE, ET AL

CIVIL ACTION

NO. 03-857-JJB-CN

## JUDGMENT

This cause came on before the court for trial by jury, the Honorable James J. Brady, presiding, and the jury having rendered it's verdict,

IT IS ORDERED ADJUDGED AND DECREED that judgment be entered herein in favor of plaintiff, Shannon Kohler, and against defendant, Christopher Johnson, in the sum of $20,000.00 for Compensatory Damages, together with interest and costs according to law.

Baton Rouge, Louisiana, this 17th day of June, 2009.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE